IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOWON HOLLOMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-3804 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 9th day of October, 2014, upon consideration of Plaintiff Antowon Holloman's Brief and Statement of Issues in Support of Request for Review and the Commissioner of Social Security's response thereto, after careful and independent review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, Holloman's objections thereto, and the Commissioner's response, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Plaintiff's objections to the Report and Recommendation (Document 16) are SUSTAINED insofar as this case will be remanded for further consideration of the medical evidence;

2. The Report and Recommendation (Document 15) is APPROVED in part;

3. Plaintiff's Request for Review (Document 11) is GRANTED insofar as the case will be remanded;

4. Judgment is entered VACATING the final decision of the Commissioner. The matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with the accompanying Memorandum;

5. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.